# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| KRYSTAL MARIE BABINEAUX<br>1116 WIEGAND DR<br>BRIDGE CITY LA 70094 | 08-10853<br>Chapter 13<br>Section A |

## TRUSTEE'S DIRECTION TO DISCONTINUE WITHHOLDING DEBTOR'S EARNINGS

A direction to the employer to withhold earnings of the debtor KRYSTAL MARIE BABINEAUX, and to remit the sums so deducted to the undersigned Trustee, was previously issued to the employer:

WAL-MART STORES INC
ATTN PAYROLL DEPT
702 SW 8TH ST
BENTONVILLE AR 72716

The employer is now instructed to discontinue making deductions from the debtor's earnings. Any sums already deducted but not remitted to the Trustee may be returned to the debtor.

New Orleans, Louisiana, August 03, 2010.

### Certificate of Service

I hereby certify that a copy of the foregoing pleading was mailed this date to all parties of interest herein, including:

Debtor____ Atty____ /s/ S.J. Beaulieu, Jr.
Creditor____ Employer____ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr. Trustee    Chapter 13 Trustee

By: ____Jennifer____ Date 8/3/2010

Attorney for debtor:

TIMOTHY P KIRKPATRICK